# Lowe & Co. *v.* Johnson.

APPEAL from the Circuit Court of Montgomery,

Tried before the Hon. J. C. RICHARDSON,

CHARLES WILKINSON, for appellants.

HARMON, DENT & WEIL and C. H. ROQUEMORE, for appellees.

This was an action brought by the appellants, R. B. Lowe & Co., against Dave Johnson, in which the plaintiffs sought to recover "two hundred dollars damages for deceit in the sale of fifteen thousand, seven hundred and ninety-two pounds of cotton." From a judgment in favor of the defendant the plaintiffs appeal.

Judgment affirmed.

Opinion by SHARPE, J.